UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0014 |
| | ) | |
| JAMES EDWARD LEWIS, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 8, 2021**
**<u>HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE</u>**

Parties appear for a Rule 5(c)(3) hearing on the Petition on Supervised Release filed on December 1, 2020 out of the Eastern District of Virginia (2:07-cr-00105, Newport News). Defendant appeared in person and by FCD counsel William Dazey.   Government represented by AUSA Jeremy Morris.   USPO represented by Justin Meier.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit approved.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing.

Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district.

Defendant remanded to the custody of the US Marshals pending removal to the Eastern District of Virginia.

Date: 1/8/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana